FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2019
JEFFREY P. COLWELL
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

EZEKIEL ESTRELLA _____, Plaintiff

v.

WELD COUNTY SHERIFF _____,

Greeley Police Department _____,

Armor Correctionale Health Services,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

EZEKIEL ESTREllA 2110 "O" Street Greeley Co 80631
(Name, prisoner identification number, and complete mailing address)

Permanent Adress 1912 31st Rd Greeley Co. 80631
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___✓___   Pretrial detainee
_____   Civilly committed detainee
_____   Immigration detainee
_____   Convicted and sentenced state prisoner
_____   Convicted and sentenced federal prisoner
_____   Other: *(Please explain)* _____

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____
                 (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓_ Yes ___ No *(check one)*. Briefly explain:

Weld County Sheriff's Deputy "

_____

Defendant 1 is being sued in his/her __✓_ individual and/or __✓_ official capacity.

Defendant 2: DR TRAViS/NUrSE McKAylA  WElD COUNTY MEDICAL
(Name, job title, and complete mailing address)

DEPARTMENT/STAff  2110 "O" StreeT Greeley Co 80631

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

WElD COUNT MEDiCAl/STAff Reffused To
SEE/Treat Inmate WilE In Excrucating pain.
      FOR 14 DAY'S DespitE Numerous ReQuesTs,.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Greeley police DepartmenT ("Arresting "Assaulting"
(Name, job title, and complete mailing address)

officers: JHON Doe 3, JHON Doe)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Both arresting officers were Employeed
By the Greeley police Department.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.     JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: *(please identify)* _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Mal Practice_

Supporting facts: Upon Being Arrested by The Greeley police Department, As I was walking down The street doing "Absolutly Nothing wrong" I was Beeten upp Thrown around For absolutly No reason Upon my self Trying To Defend my self from punches kick's and A Brutal arrest, suffering From mentall Anguish from a close freind Just 2 month's prior BEING killed By The Greeley police Department ( Tom Garcia )" I was In fear for my life Thinking at any momment I was going to be Shot and killed. I attempted To Elude The suveer assault In fear for my verry life, my face was Ground into The earth, via Knee's To The Back of The head I Tem porairly lost conciousness The Inside of my mouth was Cut and Bleeding

4

ATTACHED  D. STATEMENT OF Claim(s)

1.) MY Face & NECK was Swollen and Stiff, I had a Fractured Clavical / Fractured ribs They TwiSTED MY Arms So hard behind MY Back I Couldnt move Them for days, The hand Cuffs were Put on SO TIGHT. I Couldnt Feel MY Hands. for week's.

         an Hour after arriving at The weld COUNTY Jail Screaming for medical attention hours latter SrG. AuGirre Shows uP and Said They were Told BY Greeley Police DePt. "The reason I was Screaming In Pain Is because"

         "(I Swallowed DrugS)". . . . .

which IF You THINK ABout It IS attempted murDer

IF Some one Swallowed drugs and Is Screaming In Pain "Protocall Dictates" immediate medicAll Attention, ..."(RIGHT?)"

         UPON NumerouSe Kite's and Requests In obviouse Extreem AGONY, The med-NurSes forced DR Travis To See me - DR TRAViS Ordered XRAYS, The Staff In an attemPt to Cover uP The Incodent XRAYed The wronG Side of MY BodY   ON PurPose. . . . .
DR TRAViS StAted To me if Your ClaviEAll Is fractured more Than likley So are Your RiBS. . . . .

PaGE 4. B

**E.     PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ____ Yes  ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

**F.     ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ✓ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

        ✓ Yes ____ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I am requesting compensation for the pain and crucial agony I suffered throughout my stay at The Weld County Jail for weeks on end. of $500 000 Dollars

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

x _(signature)_
(Plaintiff's signature)

MAY 29, 2019
(Date)

(Form Revised December 2017)

6

Inmate Name **Estrella**
Ezekiel
Weld County Jail
2110 "O" Street
Greeley, CO 80631

**LEGAL PAPERWORK**

## LEGAL

Clerk of the Court
Alfred A. Arraj United States
Courthouse
901 19th St   Rm A-105
Denver CO 80294

